## 55876, 55877. BURNETT v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY et al.; and vice versa.

SHULMAN, Judge.

We granted cross appellee Burnett's second motion for rehearing to reconsider the opinion (reported as *Burnett v. Am. Mut &c. Ins. Co.,* 147 Ga. App. 269 (248 SE2d 510)) in light of *Culwell v. Lomas & Nettleton Co.,* 242 Ga. 242 (248 SE2d 641). Since that time, another panel of this court has considered the situation presented in our prior opinion. See *Mixon v. Terminal Transport Employees Fed. Credit Union,* 149 Ga. App. 429, post. *Mixon* controls this case.

Accordingly, it is hereby ordered that the prior opinion be vacated and that, under the authority of *Mixon,* the appeal be dismissed as premature in Case No. 55876, and judgment reversed in Case No. 55877.

*Appeal dismissed in Case No. 55876; judgment reversed in Case No. 55877. Quillian, P. J., and Birdsong, J., concur.*

DECIDED MARCH 2, 1979.

*George E. Duncan, Jr., Barry L. Roseman,* for appellant (Case No. 55876).

*Frank E. Jenkins, III, Hugh E. Wright, John W. Greenfield, Mead Burns,* for appellees (Case No. 55876).

*Frank E. Jenkins, III,* for appellant (Case No. 55877).

*George E. Duncan, Jr., Barry L. Roseman, Hugh E. Wright, John W. Greenfield, Mead Burns,* for appellees (Case No. 55877).